AMINI LLC

John W. Brewer
MEMBER NY BAR

212.497.8238
jbrewer@aminillc.com

June 2, 2026

Catherine O'Hagan Wolfe, Clerk of Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re: Docket No. 26-1325, 507 Summit LLC et al. v. Balance Law PLLC**

Dear Ms. Wolfe:

The undersigned represents the appellants in this matter. Pursuant to Local Rule 31.2(a)(1)(A), we request August 18, 2026, as the deadline for appellants' brief, which is within 91 days of the ready date herein.

Respectfully submitted,

/s/ *John W. Brewer*

John W. Brewer