**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2ND day of June, two thousand twenty-six,

---

507 Summit LLC, KOA Capital L.P.,

Applicant - Appellants,

v.

Balance Law PLLC, d/b/a Balance Law Firm,

Respondent - Appellee.

---

**ORDER**
Docket No. 26-1325

Counsel for Appellant 507 Summit LLC, 507 Summit LLC, KOA Capital L.P., KOA Capital L.P. has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 18, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellants' brief must be filed on or before August 18, 2026. The appeal is dismissed effective August 18, 2026 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe